IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/16/18 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.:18-21659-TPA
 :
Michael Solano  :  Chapter:7
 :
*Debtor(s)*.  :
 :  Date:5/14/2018
 :  Time:11:00

## PROCEEDING MEMO

**MATTER:**   #8 OTSC to show why case should not be dismissed for failing to comply with Bankruptcy Code
#9 Resp by US Trustee

(Debtor to personally appear)

**APPEARANCES:**

Debtor:     Pro Se (no appearance)
Trustee:    Jeffrey J. Sikirica (no appearance)
US Trustee: Larry Wahlquist

**NOTES:**

Wahlquist;   Case should be dismissed without prejudice

**OUTCOME:**   Chambers to enter order dismissing case without prejudice.

*[signature]*
ljm