FILED
5/16/18 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL SOLANO, | : | Case No. 18-21659-TPA |
| *Debtor.* | : | Chapter 7 |
| | : | Related to Doc No. 2, 8, 9 |

## ORDER

On May 14, 2018 a hearing was held on the ***Order to Show Cause*** (Doc. 8) which required the Debtor to personally appear. The Debtor failed to appear, therefore,

*AND NOW,* this **16th** day of ***May, 2018***, for the reasons stated at the hearing and the foregoing, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The above-captioned case is **DISMISSED** without prejudice.

(2)    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. § 349*, and creditors are directed to *11 U.S.C. § 108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this *Order*.

(3)    Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been entered.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21659-TPA
Michael Solano                                                            Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut           Page 1 of 1         Date Rcvd: May 17, 2018
                       Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db              Michael Solano,    500 Sunrise Dr.,    Cranberry Twp, PA  16066-6741
14821272        Lakeview Loan Servicing LLC,    301 Virginia Dr 403,    Fort Washington, PA  19034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
                                                                                       TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
       larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 4